**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2137**

---

MARGARET I. TILDON,

Plaintiff - Appellant,

versus

JOHN M. MCCONNELL, Vice Admiral, Director,
National Security Agency,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-95-3706-WMN)

---

Submitted:  April 16, 1998          Decided:  April 28, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Margaret I. Tildon, Appellant Pro Se.  Charles Joseph Peters, Sr.,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to her employer in her civil action alleging discrimination under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2 (1994), and the court's order denying her motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Tildon v. McConnell, No. CA-95-3706-WMN (D. Md. Apr. 15 & July 8, 1997). We deny Appellant's motion for expedited treatment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED